```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              JUN 17 2008

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORY COYLE, | ) |
|        Petitioner, | ) No. CV 07-5590-DSF (AJW) |
| vs. | ) |
| EDWARD F. REILLY, et al., | ) JUDGMENT |
|        Respondents. | ) |

   **It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 6-16-08

                                                    Dale S. Fischer
                                                  United States District Judge